IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-PWG-1514-S |
| | ) |
| $144,600.00 IN UNITED STATES CURRENCY, | ) |
| | ) |
| Defendant. | ) |

ORDER AND JUDGMENT OF FORFEITURE

On September 3, 2009 the magistrate judge entered his Findings and Recommendation. No objections have been filed by either the plaintiff or defendant pursuant to Rule 72(b) of the *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. It is ORDERED that:

(1) all right, title and interest in the defendant currency ($144,600.00) be forfeited to and fully vested in the United States of America pursuant to 21 U.S.C. § 881(a)(6) and shall be disposed of by the United States Marshals in accordance with law;

(2) that each party to this action bear its own expense; and

(3) that the United States be declared entitled to a certificate of reasonableness in this action, in accord with the provisions of 28 U.S.C. § 2465.

The clerk is DIRECTED to close this action.

As to the foregoing it is SO ORDERED this the 14th day of December 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE